**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 07-6425

———————

PAUL H. NOE,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION, Director;
WARDEN, Federal Correctional Institution at
Butner; BUREAU OF PRISONS, Director,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:06-ct-03072-BO)

———————

Submitted:  October 18, 2007         Decided:  October 24, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul H. Noe, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul H. Noe appeals the district court's orders denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Noe v. Director of Social Security Admin., No. 5:06-ct-03072-BO (E.D.N.C. Mar. 19, 2007; Apr. 26, 2007). We deny Noe's motion for class certification and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -